

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DAVID JONES AND LINDA JONES, | § | No. 08-14-00217-CV |
| Appellants, | § | Appeal from |
| v. | § | 143rd District Court |
| TRANSPECOS BANK, | § | of Reeves County, Texas |
| Appellee. | § | (TC # 13-10-20505-CVR) |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court to determine whether it should be dismissed for want of prosecution. Finding that the Appellants' brief has not been filed, we dismiss the appeal for want of prosecution.

Appellants' brief was due to be filed on December 1, 2014. On December 8, 2014, the Clerk notified Appellants that their brief was past due and no motion for extension of time had been filed. The letter advised Appellants that the Court intended to dismiss the appeal for want of prosecution unless Appellants responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). Neither the brief nor a motion for extension of time in which to file the brief has been filed. Accordingly, we dismiss the appeal for want of prosecution.

March 19, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.